| | AUSA: | Yara Hindelang | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Matthew R. Hughes | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
  v.
Michael Wendt

Case: 2:26−mj−30440
Assigned To : Unassigned
Case No. Assign. Date : 7/21/2026
Description: CMP USA V. WENDT
(DJ)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 21, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography. |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew R. Hughes, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 21, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent of the FBI since October 2019, and I am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.      I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for Michael WENDT for violations of 18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography), 18 U.S.C. § 2252A(a)(2)

1

(Receipt of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent.

5. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that WENDT has violated the above offenses.

## PROBABLE CAUSE

6. On or about July 20, 2026, an analyst at the FBI Detroit Field Office identified three Cybertips that were submitted by Google to the National Center for Missing and Exploited Children. One Cybertip was dated June 16, 2026. Two of the Cybertips were dated June 17, 2026.

7. The first Cybertip, identified as report number 246157338, reported that a Gmail user with the email "wendt**@gmail.com" had uploaded six images to his Google Drive account that appeared to be child pornography or sexually exploitative images of children. I know that Google Drive is a cloud-based storage

2

application managed by Google. I reviewed the images on July 20, 2026, and found that four of the images meet the federal definition of child pornography. One image showed a fully nude child standing on a beach with body painting. A second photo showed a close-up of the same child's vagina.

8.      The second Cybertip, submitted on June 17, 2026, reported the same user had uploaded four images to his Google Drive account that meet the federal definition of child pornography or are sexually exploitative of children. I reviewed the images on July 20, 2026, and found all four meet the federal definition of child pornography. One image displayed a fully nude prepubescent female standing in front of a painted wall playing with a blow-up globe, with her face partially obscured and the focal point of the camera being her lower torso and pubic area.

9.      The third Cybertip, dated June 17, 2026, reported that the same user had uploaded six images to his Google Drive account that met the federal definition of child pornography or were sexually exploitative of children. I reviewed the images on July 20, 2026, and found that three of the images meet the federal definition of child pornography. One image showed a prepubescent female laying on a towel. Only the child's lower half of their torso and pubic area were visible in the photo.

10.     All three Cybertips included a verified phone number of XXX-XXX-9859 and a verified email of wendt**@gmail.com. In order to be verified by

3

Google, the user must provide them to Google and then complete a verification through either a text or email to show that they are in fact the user of the account.

11. The three Cybertips showed that the registration IP address for the Google account was XX.XX.XXX.177. The same IP address was used during the time the files were uploaded to the Google storage account. The IP address resolved to the Grosse Ile area.

12. Based on this information, FBI personnel used available open source, commercial, law enforcement sensitive databases and other investigative techniques to confirm WENDT's identity and residence in Gross Ile, Michigan.

13. On July 20, 2026, Grosse Ile Police Department provided a report to the FBI made by a complainant whose identity is known to law enforcement. In the report, the complainant states that two years prior they were looking at WENDT's computer and found several hundred images of child pornography but did not initially report it due to fears of his reaction.

14. On July 20, 2026, the FBI obtained and executed federal search warrants at WENDT's residence and on his person. On that day, the FBI executed a traffic stop on a vehicle WENDT was driving and detained him. A cell phone was located on the floor of the front driver's side seat.

15. While conducting a manual review of the device, I identified several hundred images in the phone's photo gallery application that met the federal definition of child pornography. Some of the images in the photo gallery matched

4

those I reviewed from the Cybertip. Some of the images depicted the sexual assaults of young children, including infants and toddler aged children.

16. The images contained metadata that showed that they were screen captures taken by the phone on the internet browser. The screen captures contained the website they were taken on. I accessed the internet browser on the phone and found that the same websites were open and images that met the federal definition of child pornography were viewed on the websites.

17. The device was signed into the email address wendt**@gmail.com and utilized the phone number XXX-XXX-9859.

### CONCLUSION

18. Based on the foregoing, there is probable cause to believe Michael WENDT has committed violations of 18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography), 18 U.S.C. § 2252A(a)(2) (Receipt of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

Respectfully submitted,

_____
Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_____
Hon. Kimberly Altman
United States Magistrate Judge

Date: July 21, 2026

5